IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| HENRY MARVIN MOSS, | : | |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| VS. | : | **1 : 07-CV-58 (WLS)** |
| | : | |
| TONY HENDERSON, Warden, | : | |
| | : | |
| | : | |
| Respondent. | : | |

**RECOMMENDATION**

Presently pending in this § 2254 action is the respondent's Motion to Dismiss the petition as untimely. The respondent contends that the petitioner filed this federal habeas petition after the running of the one-year statute of limitations imposed by the Anti-Terrorism and Effective Death Penalty Act ("AEDPA").

Pursuant to the AEDPA, which became effective on April 24, 1996, and is codified at 28 U.S.C. § 2241 et seq, a one-year statute of limitations applies to federal habeas petitions, running from the latest of several events. Section 2241(d)(1)(A) requires a prisoner to file a habeas petition within one year of "the date on which the [state court] judgment [of conviction] became final by the conclusion of direct review or the expiration of the time for seeking such review". The Act further provides that "[t]he time during which a properly filed application for state post-conviction or other collateral review . . . is pending shall not be counted toward any period of limitation under this subsection." § 2244 (d)(2).

The petitioner was convicted in Dougherty County on July 9, 2003, following a guilty plea to charges of terroristic threats, attempting to elude, reckless driving, and disregarding traffic devices. On September 16, 2004, the petitioner filed a state habeas petition in the Superior Court of

Dougherty County. The state habeas court entered an order denying relief on October 20, 2004, and petitioner's certificate for probable cause to appeal the denial of state habeas relief was denied by the Georgia Supreme Court on September 20, 2005. Petitioner filed a second state habeas action in Montgomery County on June 16, 2006, which was dismissed as successive on August 7, 2006. Petitioner's certificate for probable cause to appeal this dismissal was denied by the Georgia Supreme Court on February 5, 2007. Petitioner filed this federal habeas petition on March 27, 2007.

A review of the record herein reveals that the filing of this federal habeas petition was clearly untimely, and that the tolling provision of § 2244(d)(2) does not protect the petitioner. The petitioner's conviction became final on August 8, 2003, the date on which the time for filing a notice of appeal expired. Pursuant to 28 U.S.C. § 2244(d), the petitioner had one year, or 365 days, from August 8, 2003, in which to file this federal petition, and/or toll the limitations period by filing a state habeas petition. The petitioner waited more than one year to file his first state habeas petition on September 16, 2004, and did not file this federal petition until March 27, 2007. In response to the respondent's contentions, the petitioner simply states that he is entitled to habeas relief.

Based on the petitioner's untimely filing of this federal petition, it is the recommendation of the undersigned that the respondent's Motion to Dismiss be **GRANTED** and that this matter be dismissed with prejudice. Pursuant to 28 U.S.C. § 636(b)(1), the parties may file written objections to this recommendation with the Honorable W. Louis Sands, United States District Judge, WITHIN TEN (10) DAYS of receipt thereof.

**SO RECOMMENDED**, this 6th day of December, 2007.

/s/ *__Richard L. Hodge__*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE