**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

HENRY MARVIN MOSS, :
:
    Petitioner, :
:
v. : 1:07-CV-58 (WLS)
:
TONY HENDERSON, Warden, :
:
    Respondent. :
_____ :

## ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge, filed December 6, 2007. (Doc. 16). It is recommended that Petitioner's §2254 petition be dismissed as untimely. *Id*. No objection has been filed.

Upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 16) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, the Defendant's Motion to Dismiss (Doc. 9) is **GRANTED** and Petitioner's §2254 petition is hereby **DISMISSED.**

    **SO ORDERED**, this   11th   day of January, 2008.

                                                          /s/W. Louis Sands
                                                     **THE HONORABLE W. LOUIS SANDS,
                                                     UNITED STATES DISTRICT COURT**